UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

MAGGIE ALEXANDER and COURTNEY McCALLION,

          Plaintiffs,

-against-

TFC PARTNERS, INC., NEW FITNESS CONCEPTS and BATTERY PARK SWIM AND FITNESS,

          Defendants.
---------------------------------------------------------x

AFFIDAVIT OF KERRIE R. HESLIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

10-cv-390

State of New Jersey   )
                            ) ss:
County of Essex     )

Kerrie R. Heslin, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Nukk-Freeman & Cerra, P.C.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New Jersey. I am also admitted to practice before the U.S. District Court for the District of New Jersey and the U.S. Court of Appeals for the Third Circuit.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants.

                                                      _____
                                                      Kerrie R. Heslin, Esquire
                                                      Nukk-Freeman & Cerra, P.C.
                                                      636 Morris Turnpike, Suite 2F
                                                      Short Hills, NJ 07078
                                                      Kheslin@nfclegal.com
                                                      Ph. (973) 564-9100

Dated: February 9, 2010

Sworn to and Subscribed before me on this 9th,
day of February 2010.

_____
Lucia DePasquale
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 20, 2010

# Supreme Court of New Jersey



## Certificate of Good Standing

*This is to certify that* **KERRIE R HESLIN** *(No.* **013891995** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 18, 1995** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **5TH** *day of* **February** *, 20* **10**



*Clerk of the Supreme Court*

-453a-